# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CASE NO.: 21-13227-D
L.T. Case No. 3:20-cv-05943-TKW-MJF

**JAMES TUCKER, JR., et al.,**

*Appellants,*

v.

**MARINA MANAGEMENT CORP., et al.,**

*Appellees.*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

## JOINT MOTION TO DISMISS APPEAL AND CROSS-APPEAL

Jack R. Reiter, Esq.
Florida Bar No.: 0028304
jack.reiter@gray-robinson.com
GrayRobinson, P.A.
333 SE Second Avenue,
Suite 3200
Miami, Florida 33131
Tel.: (305) 416-6880
Fax: (305) 416-6887

*Counsel for Appellants*

Ted Shinkle, Esq.
Florida Bar No. 608051
tshinkle@whitebirdlaw.com
WhiteBird, PLLC
730 E. Strawbridge Ave.,
Ste. 209
Melbourne, Florida 32901
Tel.: (321) 327-5580
Fax: (321) 327-5655

*Counsel for Appellants*

Edward P. Fleming, Esq.
Florida Bar No. 615927
efleming@penascolawlaw.com
Matthew A. Bush, Esq.
Florida Bar No. 58312
mabush@pensacolalaw.com
McDonald Fleming
719 S. Palafox St.
Pensacola, Florida 32502
Tel.: (850)-202-8531
Fax: (850) 477-4510

*Counsel for Appellees*

# APPELLANTS' CERTIFICATE OF INTERESTED PERSONS

Appellants, James Tucker, Jr., et al, through undersigned counsel and pursuant to FRAP 26.1 and 11th Cir. R. 26-1-2(c), hereby file their Certificate of Interested Persons and Corporate Disclosure Statement, and state that the following listed persons, parties, and corporations have an interest in the outcome of this appeal:

Berkes, Carol, Appellant

Berkes, Stephen, Appellant

Blackman, John, Appellant

Blackman, Judith, Appellant

Boat Owners Association of the United States (Boat US)

Brestan, Elmer, Appellant

Bush, Matthew, Counsel for Appellees

Christian, James, Appellant

Conrad, Joseph, Appellant

Cotton, Judith, Appellant

Craig Jernigan Enterprises, Appellant

Daughtry, Frank, Appellant

DiSanto, David, Appellant

Donner, Elizabeth, Appellant

Donner, Thomas, Appellant

Elliott, Angela, Appellant

Elliott, Steven, Appellant

Filardi, Daniel, Appellant

Fleming, Edward, Counsel for Appellees

GEICO Marine Insurance Company

Gislason, Snorri, Appellant

GrayRobinson, P.A., Counsel for Appellants

Hanke, Ed, Appellant

Hudson, Stewart, Appellant

Kirk, Mike, Appellant

Lamar, John, Appellant

Lamar, Joyce, Appellant

Law, Larry, Appellant

Loes, Eric, Appellant

McDonald Fleming, Counsel for Appellees

Morse, Stanford, Appellant

Olsen, Steffanie, Appellant

Ranger Jazz Group, LLC, Appellant

Reiter, Jack R., Counsel for Appellants

Roca, Cesar, Appellants

Roca, Theresa, Appellant

Shinkle, Theodore L., Counsel for Appellants

Sierra, Todd, Appellant

Sims, Jerrell, Appellant

Spurlin, James, Appellant

Thomas, Rusty, Appellant

Tucker, James, Jr., Appellant

Turbeville, Donald, Appellant

Turbeville, Phyllis, Appellant

Vaughn, Thomas, Appellant

Vaughn Voyages, LLC, Appellant

Wetherell, Honorable T. Kent II, District Court Judge

WhiteBird, PLLC, Counsel for Appellants

Zoltak, Alex, Appellant

# CORPORATE DISCLOSURE STATEMENT

GEICO Marine Insurance Company is an indirect, wholly owned subsidiary of Berkshire Hathaway, Inc., a multinational conglomerate holding company, which is publicly traded on the N.Y. Stock Exchange as "BRK.A" for Class A shares and "BRK.B" for Class B share.

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS

Appellees/Cross-Appellants, Marina Management Corp. and V&R Investments, Ltd., by and through undersigned counsel and pursuant to FRAP 26.1 and 11th Cir. R. 26-1-2(c), hereby file their Certificate of Interested Persons and Corporate Disclosure Statement, and state that the following listed persons, parties, and corporations have an interest in the outcome of this case or appeal (in addition to those listed by Appellants/Cross-Appellees):

Berkes, Carol, Appellant

Berkes, Stephen, Appellant

Blackman, John, Appellant

Blackman, Judith, Appellant

Boat Owners Association of the United States (Boat US)

Brestan, Elmer, Appellant

Bush, Matthew, counsel for Appellees

Christian, James, Appellant

Conrad, Joseph, Appellant

Cotton, Judith, Appellant

Craig Jernigan Enterprises, Appellant

Daughtry, Frank, Appellant

DiSanto, David, Appellant

Donner, Elizabeth, Appellant

Donner, Thomas, Appellant

Elliott, Angela, Appellant

Elliott, Steven, Appellant

Filardi, Daniel, Appellant

Fleming, Edward, counsel for Appellees

GEICO Marine Insurance Company

Gislason, Snorri, Appellant

Hanke, Ed, Appellant

Hudson, Stewart, Appellant

Kirk, Mike, Appellant

Lamar, John, Appellant

Lamar, Joyce, Appellant

Law, Larry, Appellant

Loes, Eric, Appellant

Marina Management Corp., Appellee

McDonald Fleming, Counsel for Appellees

Morse, Stanford, Appellant

Olsen, Steffanie, Appellant

Ranger Jazz Group, LLC, Appellant

Reiter, Jack R., co-counsel for Appellants

Roca, Cesar, Appellants

Roca, Theresa, Appellant

Russenberger, Ray, President of Marina Management Corp.

Shinkle, Theodore L., counsel for Appellants

Sierra, Todd, Appellant

Sims, Jerrell, Appellant

Spurlin, James, Appellant

Thomas, Rusty, Appellant

Tucker, James, Jr., Appellant

Turbeville, Donald, Appellant

Turbeville, Phyllis, Appellant

Vaughn, Thomas, Appellant

Vaughn Voyages, LLC, Appellant

V&R Investments, Ltd., Appellee

Wetherell, Honorable T. Kent II, District Court Judge

WhiteBird, PLLC, counsel for Appellants

Wilkinson, Meredith, Vice-President of Marina Management Corp.

Zoltak, Alex, Appellant

# APPELLEES' CORPORATE DISCLOSURE STATEMENT

Appellees/Cross-Appellants, Marina Management Corp. and V&R Investments, Ltd., files this Corporate Disclosure Statement pursuant to F.R.A.P. 26.1 and 11th Cir. R. 26.1-2(a):

Parent corporation of MMC: None

Publicly held company owning 10% or more of MMC's stock: None

Parent corporation of V&R: None

Publicly held company owning 10% or more of V&R's stock: None

# JOINT MOTION

Appellants, James Tucker, et al., and Appellees, Marina Management Corp., et. al, by and through undersigned counsel, and pursuant to Fed. R. App. P. 42 (Voluntary Dismissal) and 11th Cir. Local Rule 42(1)(a) (Dismissal of Appeals), hereby jointly move to voluntarily dismiss, without prejudice, the appeal and cross-appeal herein, and state:

1. Appellants and Appellees jointly move for the dismissal of the appeal and cross-appeal, based upon the parties' agreement that this Court lacks jurisdiction over this appeal under 28 U.S.C. § 1292(a)(3) for the reasons stated in Appellants' Motion to Determine or Relinquish Appellate Jurisdiction and to Stay Briefing Schedule Pending the Court's Assessment of the Jurisdictional Issue, filed on February 15, 2022, and Appellees' Response thereto filed on February 23, 2022.

2. It is further agreed that this voluntary dismissal is without prejudice to the parties' appellate remedies at the conclusion of the district court proceeding. *See, e. g., Seaboard Spirit Ltd. v. Hyman*, 672 Fed. Appx. 935, 938-939 (11th Cir. 2016) ("§ 1292(a)(3) permits, but does not require, interlocutory appeals in maritime cases when the court 'determin[es] the rights and liabilities of the parties'... a party that decline[s] to appeal an interlocutory order can still appeal the final determination of the case because '[a]n interlocutory appeal [under § 1292(a)(3) ] is permissive rather than mandatory.'").

3. The parties agree that neither party will be filing a motion for costs or fees in this Court.

Respectfully Submitted,

/s/ Jack R. Reiter
Jack R. Reiter, Esq.
Florida Bar No.: 0028304
jack.reiter@gray-robinson.com
GrayRobinson, P.A.
333 SE Second Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

*Counsel for James Tucker, Jr. and all other Appellants*

/s/Matthew A. Bush
EDWARD P. FLEMING
Florida Bar No. 615927
MATTHEW A. BUSH
Florida Bar No. 58312
MCDONALD • FLEMING
719 S. Palafox St.
Pensacola, Florida 32502
flemingservice@pensacolalaw.com
mabush@pensacolalaw.com
(850) 202-8531

*Counsel for Appellees*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 239 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Office Professional Plus 2010 in 14-point Times New Roman font.

/s/ Jack R. Reiter
Attorney for Appellants
Dated: April 20, 2022

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Motion to Dismiss Appeal and Cross-Appeal this 20th day of April, 2022, which will serve a copy on all counsel of record listed on the attached service list.

/s/ Jack R. Reiter

# SERVICE LIST

Edward D. Fleming, Esq.
Matthew A. Bush, Esq.
McDonald Fleming
719 S. Palafox St.
Pensacola, Florida 32502
Telephone: (850) 202-8531
flemingservice@pensacolalaw.com
mabush@pensacolalaw.com

*Counsel for Appellees*

Ted Shinkle, Esq.
WhiteBird, PLLC
730 E. Strawbridge Ave., Ste. 209
Melbourne, Florida 32901
Telephone: (321) 327-5580
tshinkle@whitebirdlaw.com
jaliano@whitebirdlaw.com

*Counsel for Appellants*